SHOOK, HARDY & BACON L.L.P.
Gary Miller (Appearance *Pro Hac Vice*)
gmiller@shb.com
111 S. Wacker Drive, 51st Floor
Chicago, Illinois  60606
Telephone:   312-704-7700
Facsimile:    312-558-1195

Jesse J. Camacho (Appearance *Pro Hac Vice*)
jcamacho@shb.com
Ryan D. Dykal (Appearance *Pro Hac Vice*)
rdykal@shb.com
Mary J. Peal (Appearance *Pro Hac Vice*)
mpeal@shb.com
Daniel M. Staren (Appearance *Pro Hac Vice*)
dstaren@shb.com
2555 Grand Boulevard
Kansas City, Missouri  64108
Telephone:   816-474-6550
Facsimile:    816-421-5547

Mayela C. Montenegro (SBN: 304471)
mmontenegro@shb.com
5 Park Plaza, Suite 1600
Irvine, California  92614
Telephone:      949-475-1500
Facsimile:       949-475-0016

Attorneys for Defendant
TELESIGN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| TWILIO INC.,<br><br>           Plaintiff,<br><br>v.<br><br>TELESIGN CORPORATION,<br><br>           Defendant. | Case No. 5:16-cv-6925-LHK<br><br>**DECLARATION OF DANIEL STAREN IN SUPPORT OF TELESIGN'S MOTION TO COMPEL AMENDED DAMAGES CONTENTIONS FROM TWILIO**<br><br>Date:   November 14, 2017<br>Time:   10:00am<br>Judge:  Hon. Mag. Susan van Keulen<br>Crtrm:  Courtroom 6, 4th Floor<br><br>[Filed concurrently herewith:<br>Motion to Compel Amended Damages Contentions] |

I, Daniel M. Staren, declare as follows:

1. I am an attorney duly licensed to practice law in the State of Missouri and have been admitted to the United States District Court for the Northern District of California to appear *pro hac vice* on behalf of Defendant TeleSign Corporation for the above-captioned matter. I am an associate at the law firm of Shook, Hardy & Bacon L.L.P., attorneys of record for TeleSign.

2. I make this declaration in support of TeleSign's Motion to Compel Damages Contentions from Twilio. All of the facts stated herein are based upon my own personal knowledge and knowledge reasonably available to me and, if called to testify, I would and could competently testify as to all facts stated herein from my own personal knowledge and knowledge reasonably available to me.

3. After Twilio conferred with KDDI counsel, Twilio produced the KDDI agreement on August 23, 2017.

4. Attached as **Exhibit A** is a true and correct copy of an email from J.B. Schiller to Mary Jane Peal, dated August 22, 2017.

5. Attached as **Exhibit B** is a true and correct copy of an email from Mary Jane Peal to J.B. Schiller, dated June 30, 2017.

6. Attached as **Exhibit C** is a true and correct copy of an email from J.B. Schiller to Mary Jane Peal, dated June 30, 2017.

7. Attached as **Exhibit D** is a true and correct copy of an email from J.B. Schiller to Mary Jane Peal, dated July 26, 2017.

8. Attached as **Exhibit E** is a true and correct copy of an email from Mary Jane Peal to J.B. Schiller, dated July 27, 2017.

9. Attached as **Exhibit F** is a true and correct copy of a letter from Mary Jane Peal to Wayne Stacy, dated August 8, 2017.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct to the best of my understanding based on the

information available to me at this time. This declaration is executed on this 21st day of September, 2017, in Kansas City, Missouri.

                                      ___ */s/ Daniel M. Staren*_____
                                              Daniel M. Staren