

**BAKER BOTTS L.L.P.**
Wayne O. Stacy (SBN 314579)
wayne.stacy@bakerbotts.com
Sarah J. Guske (SBN 232467)
sarah.guske@bakerbotts.com
J.B. Schiller (SBN 298747)
jb.schiller@bakerbotts.com
101 California St., Suite 3600
San Francisco, CA 94111
Telephone: 415.291.6200
Facsimile: 415.291.6300

Michelle J. Eber (*pro hac vice*)
michelle.eber@bakerbotts.com
One Shell Plaza
910 Louisiana Street
Houston, TX 77002
Telephone: 713.229.1223
Facsimile: 713.229.7923

Attorneys for Plaintiff
TWILIO INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| TWILIO INC., | Case No. 5:16-CV-06925-LHK-SVK |
| Plaintiff, | **PLAINTIFF TWILIO INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| vs. | |
| TELESIGN CORPORATION, | |
| Defendant. | |

BAKER BOTTS L.L.P.

Twilio's Administrative Motion to File Under Seal
Case: 5:16-cv-06925-LHK-SVK

BAKER BOTTS L.L.P.

1    TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2    PLEASE TAKE NOTICE THAT pursuant to Federal Rules of Civil Procedure 5.2(d)

3    and Civil Local Rules 7-11 and 79-5, Plaintiff Twilio Inc. ("Twilio") respectfully moves the

4    Court for an Order instructing the Clerk of the Court to file under seal the following confidential

5    documents:

6       • Exhibit A – Plaintiff Twilio Inc.'s Damages Contentions dated June 20, 2017;

7       • Exhibit B – Defendant TeleSign's Responsive Damages Contentions date July 20,

8         2017.

9    As discussed in the Sealing Declaration, Exhibits A and B contain highly confidential

10   financial information (e.g., classified price listings, customer information, financial details of the

11   company, price allocations, etc.) belonging to Twilio, which would cause competitive harm if

12   made publicly accessible. TeleSign has stipulated to the sealing of these documents.

13   Filed herewith are:

14   1.  Declaration of Michelle J. Eber in Support of Twilio's Administrative Motion to File

15       Under Seal, and exhibits thereto;

16   2.  Proposed Order Regarding Twilio's Motion to File Under Seal;

17   3   Certificate of Service pursuant to Local Rule 79-5(e).

18

19   Dated: October 16, 2017                     Respectfully submitted,

20                                               BAKER BOTTS L.L.P.
                                                 WAYNE STACY
21                                               SARAH GUSKE
                                                 MICHELLE J. EBER
22                                               J.B. SCHILLER

23

24                                               */s/ Wayne Stacy*_____
                                                 Wayne O. Stacy
25
                                                 *Attorneys for Twilio Inc.*
26

27

28

BAKER BOTTS L.L.P.

1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via electronic mail on October 16, 2017.

*/s/ Michelle J. Eber*
Michelle J. Eber