# EXHIBIT A
# SOUGHT TO BE FILED UNDER SEAL