*All parties and counsel listed on signature page.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE**

| | |
|---|---|
| TWILIO INC., <br><br> Plaintiff, <br><br> vs. <br><br> TELESIGN CORPORATION, <br><br> Defendant. | Case No. 5:16-CV-06925-LHK-SVK <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS UNDER FRCP 41(a)(1)(A)(ii)** |

BAKER BOTTS L.L.P.

Plaintiff Twilio Inc. and Defendant TeleSign Corporation hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs, and request that the Court enter an order of dismissal of this action with prejudice.

Dated: December 2, 2020

Respectfully submitted,

*/s/ Sarah Guske*
**BAKER BOTTS L.L.P.**
Sarah J. Guske (SBN 232467)
sarah.guske@bakerbotts.com
101 California St., Suite 3600
San Francisco, CA 94111
Telephone: 415.291.6200
Facsimile: 415.291.6300

Michelle J. Eber (*pro hac vice*)
michelle.eber@bakerbotts.com
One Shell Plaza
910 Louisiana Street
Houston, TX 77002
Telephone: 713.229.1223
Facsimile: 713.229.7923

Lauren J. Dreyer (*pro hac vice*)
lauren.dreyer@bakerbotts.com
700 K Street NW
Washington, DC 20001
Telephone: 202.639.7823
Facsimile: 202.639.1153

*Attorneys for Twilio Inc.*

*/s/  Jesse J. Camacho*
**SHOOK HARDY & BACON L.L.P.**
Jesse J. Camacho (pro hac vice)
jcamacho@shb.com
Ryan D. Dykal (pro hac vice)
rdykal@shb.com
Mary J. Peal (pro hac vice)
mpeal@shb.com
2555 Grand Blvd.
Kansas City, MO  64108
Tel: (816) 474-6550
Fax: (816) 421-5547

BAKER BOTTS L.L.P.

Gary M. Miller (pro hac vice)
gmiller@shb.com
111 S. Wacker Dr.,
51st Floor
Chicago, IL  60606
Tel: (312) 704-7700
Fax: (312) 558-1195

Mayela C. Montenegro (SBN 304471)
mmontenegro@shb.com
Jamboree Center,
5 Park Plaza, Suite 1600
Irvine, CA  92614
Tel: (949) 475-1500
Fax: (949) 475-0016

*Attorneys for Defendant*
*TELESIGN CORPORATION*

The Clerk shall close the file.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __December 2_____, 2020

*Lucy H. Koh*
_____
THE HONORABLE LUCY H. KOH
United States District Judge

BAKER BOTTS L.L.P.

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Northern District of California Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other Signatories to this document.

By */s/ Sarah Guske*
Sarah Guske
BAKER BOTTS LLP
101 California Street Suite 3070
San Francisco, CA  94111
Tel: (415) 291-6205
Fax: (415) 291-6305
sarah.guske@bakerbotts.com